Esther Cramer, Appellant, v. Leontine Klein, etc., Respondent.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Irene Diesend, an Infant, by John Diesend, Her Guardian ad Litem, Respondent, v. J. Clarence Davies, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Anthony Fisher, Respondent, v. Wakefield Park Realty Company, Appellant. — As it appears from the moving papers that the affirmance by default on May seventh * did not involve the merits, and another appeal is pending which does, the motion to open the default is denied, with costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Andrew W. Gleason, as Trustee, etc., Respondent, v. Benjamin A. Basch, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Nicholas Himmelreicher, Appellant, v. Martha Huebner, Respondent.— Motion granted, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

In the Matter of the Application of Jacob Brenner for a License to Practice as Official Examiner of Title.— Application granted and bond approved. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Max E. Kaufmann, Respondent, v. John C. Wiarda & Co., Appellant — Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Lavinia Lally, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Anna Lenderoth, Respondent, v. Angelo Giordano, Appellant.— Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Carl G. F. Lindstrand, Respondent, v. John Bough, Appellant.— Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Charles Mead and John Lundy, Appellants, v. Isaac W. Turner, as President of the Village of Mount Kisco, and Others, and the City of New York, Respondents.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Henry T. Paulding, as Administrator, etc., of Ethel M. Paulding, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.